*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided March 5, 1998

STATE OF CONNECTICUT *v.* ANTHONY OLIPHANT

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 271 (AC 15393), is denied.

*Paul R. Kraus*, special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided March 5, 1998

STATE OF CONNECTICUT *v.* JUAN CARTAGENA

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 317 (AC 15894), is denied.

*Louis S. Avitabile*, in support of the petition.

*C. Robert Satti, Jr.*, senior assistant state's attorney, in opposition.

Decided March 5, 1998

AMAL DAS *v.* RUTH RODGERS

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 242 (AC 16434), is denied.

*Mark S. Rosenblitt*, in support of the petition.

*David A. Haught*, in opposition.

Decided March 5, 1998